# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE PELLA GROUP LLC, A GEORGIA LIMITED LIABILITY COMPANY; AND HEGEMON HOLDINGS LLC, A GEORGIA LIMITED LIABILITY COMPANY,

        Appellants,

vs.

PARIS LAS VEGAS OPERATING COMPANY, A NEVADA CORPORATION, D/B/A PARIS LAS VEGAS,

        Respondent.

THE PELLA GROUP LLC, A GEORGIA LIMITED LIABILITY COMPANY; AND HEGEMON HOLDINGS LLC, A GEORGIA LIMITED LIABILITY COMPANY,

        Appellants,

vs.

PARIS LAS VEGAS OPERATING COMPANY, A NEVADA CORPORATION, D/B/A PARIS LAS VEGAS,

        Respondent.

No. 70627

**FILED**

DEC 0 2 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

No. 71127 ✓

## ORDER

Docket No. 70627 is an appeal from a findings of fact, conclusions of law, and judgment signed by a judge pro tempore after a short trial. On August 22, 2016, appellant filed an amended notice of appeal challenging a judgment in the same case signed by the district court judge. That notice of appeal was docketed as a new appeal, Docket No. 71127. Both of the challenged orders relate to the same short trial. It also appears that the order challenged in Docket No. 70627 is not

independently appealable because it is not signed by the district court judge. *See* NSTR 3(d)(4). Accordingly, it appears that the notice of appeal in Docket No. 70627 was premature and appellant properly filed an amended notice of appeal from the order signed by the district court. We thus direct the clerk of this court to (1) transfer to Docket No. 70627 the amended notice of appeal and other documents filed in Docket No. 71127, (2) refund the filing fee paid in Docket No. 71127, and (3) administratively close Docket No. 71127.

The opening brief and appendix remain due to be filed by January 3, 2017.

It is so ORDERED.

, C.J.

cc: Hon. James Crockett, District Judge
Muckleroy Lunt, LLC
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Eighth District Court Clerk